ACCEPTED
08-15-00025-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
7/20/2015 12:00:00 AM
DENISE PACHECO
CLERK

**IN THE COURT OF APPEALS**

**EIGHTH JUDICIAL DISTRICT OF TEXAS**

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
7/20/2015 10:45:00 AM
DENISE PACHECO
Clerk

**AT EL PASO**

| | | |
|---|---|---|
| **PAUL C. ERVIN,** | § | |
| **Appellant** | § | |
| **VS.** | § | **NO. 08-15-00025-CR** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee** | § | |

**THIRD MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, **PAUL C. ERVIN**, Appellant in the above entitled and numbered cause, by and through his attorney on appeal, **DAVID A. PEARSON, IV**, and files this motion for an extension of thirty (30) days in which to prepare and file Appellant's Brief. In support of this motion the Appellant would show the following:

1. This cause is styled *Paul C. Ervin vs. State of Texas*, and is numbered 1337034D in the trial court and No. 08-15-00025-CR in the Court of Appeals-8th District of Texas.

2. That Appellant's Brief in this cause was due to be filed in the Court of Appeals on or before 13 July 2015.

3. That this is Appellant's third request for an extension of time to file the Appellant's Brief.

4. That the Appellant hereby requests an extension of thirty (30) days, until 12 August 2015, to file the Appellant's Brief and as reasons therefore would further show the Court that the Attorney for Appellant does not have sufficient time to prepare Appellant's Brief on or before 13 July 2015.

5. Appellant is indigent, in custody, and counsel is court appointed.

6. The record in this murder case on appeal consists of approximately 1190 pages of testimony and 122 exhibits. To date Undersigned Counsel has determined his selected points of error; has completed the statement of facts section of his brief; has completed reading of the record, and has outlined a rough draft of the brief. Counsel is requesting until 12 August 2015 to have the necessary time to complete Appellant's Opening Brief. Counsel was unable to complete this brief by the 13 July 2015 due date due to Counsel's other appellate work in a death penalty case, and Counsel's ongoing defense casework, more fully explained below. Undersigned Counsel maintains a caseload devoted exclusively to criminal work that is heavily weighted in indigent criminal defense, and that work requires Counsel to make court appearances daily.

-*State of Texas v. Nicholas Ryan Acree*, Nos. 1386753, 1376155, 1382616, 1388825, 1410503, 1404360, 372nd District Court, Tarrant County, Murder, Unlawful possession of firearm, Engaging organized crime (3 charges), and Possession controlled substance <1g. **In these six cases for one court-appointed client, Undersigned Counsel is representing an individual who was indicted for 6 cases total, 4 of which are "3g" aggravated offenses. These cases are further complicated because the "3g" offenses involve at least 7 co-defendants and involve alleged gang and organized crime. In the cases against Undersigned Counsel's client, Counsel is charged with the responsibility of full review of over 25 digital discs disclosed by the state, with the conservative estimate of over 50 hours at least in length of total time to review. Counsel has expended at 20 hours to date just in the digital media review.**

-*Ricky D. Davis v. State of Texas*, No. 02-13-00468-CR, Court of Appeals – 2nd District of Texas, Appellant's brief due on 15 July 2015.

- *Rodney Chase Pettigrew v. State of Texas*, No. 02-14-00494-CR, Court of Appeals – 2nd District of Texas, Capital Murder, Appellant's brief due on 10 August 2015.

-*State v. Jacque Lamont Anderson*, No. 1391500, 432nd District Court, Tarrant County, Sexual Assault-Continuous. **In the above-referenced case Undersigned Counsel has over 10 items in electronic recordings and digital media to review**.

-*State v. Daniel Lynn Davenport*, No. 1389184, 372nd District Court, Tarrant County, Sex Offender Duty Registration-Violation.

-*State v. Robert Brandon Morris*, No. CR15-0169, 43rd District Court, Parker County, Injury to Child-Serious Bodily Injury, Mental Impairment.

-No. 323-101333-15, Tarrant County, Texas, Determinate Sentence trial.

-*State of Texas v. James Michael Lee Chestnut*, No. 15444, 29th District Court, Palo Pinto County, Debit Card Abuse.

-*State v. Kevin Scott Baum, Jr.*, Nos. CR14-0742, CR14-0748, 415th District Court, Parker County, Aggravated Assault Public Servant.

-*State v. Randy James Terry*, No. CR15-0046, 415th District Court, Parker County, Engaging in Organized Criminal Activity. **In the above-referenced case Undersigned Counsel has over 95 items in electronic recordings and digital media to review, conservative estimate of over 45 hours to fully review**.

-*State v. David Lane Basham*, No. 1398744, Criminal District Court Three, Tarrant County, Aggravated Robbery.

Undersigned Counsel has devoted numerous out-of-court hours to prepare the above-referenced cases for trial. **In most of the above-referenced cases Undersigned Counsel has logged numerous hours reviewing electronic recordings and digital media**.

7. During the last ninety days Attorney for Appellant has completed the following:

-*Steven Lawayne Nelson v. State*, AP-76,924, capital murder, petition for writ of certiorari filed in U.S. Supreme Court on 13 July 2015. Undersigned Counsel expended over **22 hours from June to July 2015** to complete the petition for writ of certiorari.

-*State v. Joseph Robert Dodson*, No. 1316921, 297th District Court, Tarrant County, Capital Murder, resolved by plea 10 June 2015 after logging numerous hours.

-*State v. Ricardo Veliz*, No. 1365527, 213th, Tarrant County, Unlawful Possession Firearm-Felon-Habitual, resolved at jury trial 1 June 2015.

-*Roderick Dixon v. State of Texas*, No. 02-14-00379-CR, 02-14-00380-CR, 02-14-00381-CR, 02-14-00382-CR, Court of Appeals-2nd District of Texas, Appellant's brief filed on 11 May 2015.

-*State v. Ervinson L. Wiley*, No. 1321241, 213th District Court, Tarrant County, Aggravated Sexual Assault, plea just prior to jury trial set 11 May 2015.

-*State of Texas v. Michael D. Washington*, No. 1390122, 372nd District Court, Assault Bodily Injury-Family Violence with Previous Assault Bodily Injury-Family Violence, Habitual Count, plea at jury trial setting 4 May 2015.

-*State v. Daniel Benjamin Baker*, No. CR14-0611, 43rd District Court, Parker County, Aggravated Sexual Assault-Child, Indecency Child-Contact, plea 21 May 2015.

-*State v. Pedro Miguel Ibarra-McDonald*, No. 18195, 271st District Court, Wise County, Aggravated Robbery, plea 4 May 2015.

-*Jennifer Banner Wolfe v. State*, PD-0292-15, Court of Appeals-2[nd] District of Texas; PDR filed in Court of Criminal Appeals on 29 April 2015.

8. <u>Personal Time and Professional Responsibilities</u>: Attorney for Appellant has scheduled summer vacation time in part to attend C.L.E. training. This CLE training is also necessary in order for Undersigned Counsel to maintain his CLE hours for felony and misdemeanor court-appointments and for Board Certification, Criminal Law and Criminal Appellate Law,

recertification requirements. Undersigned Counsel in May completed 10 hours in capital case C.L.E. in order to maintain qualifications for appointment to death penalty cases in the Eighth Judicial Region. Undersigned Counsel also has some brief summer vacation time to spend with his family.

9. This motion is not filed for the purpose of delay, but rather so that there will be sufficient time for the work to be done in a proper manner and for the effective assistance of counsel.

WHEREFORE, PREMISES CONSIDERED, the Undersigned Counsel respectfully prays that this Honorable Court extend the time for filing Appellant's Brief in this cause until 12 August 2015.

Respectfully Submitted,

DAVID A. PEARSON, P.L.L.C.

By:_____
David A. Pearson, IV
ATTORNEY FOR APPELLANT
222 W. Exchange Ave., Ste. 103
Fort Worth, Texas 76164
(817) 625-8081
FAX: (817) 625-8038
Bar ID# 15690465
E-MAIL: david@lawbydap.com

## CERTIFICATE OF SERVICE

7| Motion for Extension

I certify that a true and correct copy of the foregoing Third Motion for Extension of Time for Filing Appellant's Brief was e-served (coaappellatealerts@tarrantcounty.com) to the Tarrant County District Attorney's Office, <u>Hon. Debra Windsor</u>, Chief-Post Conviction, Assistant District Attorney, on the 18th day of July 2015.

David A. Pearson, IV

## CERTIFICATE OF CONFERENCE

I certify that a conference was held with <u>Hon. Helena Faulkner</u>, Assistant District Attorney, Tarrant County, Texas, on the 16th day of July 2015, and the State ~~DOES~~/DOES NOT oppose the Appellant's foregoing motion.

David A. Pearson, IV